LATHAM & WATKINS LLP
 Belinda S Lee (Cal. Bar No. 199635)
 Sarah M. Ray (Cal. Bar No. 229670)
 Ashley M. Bauer (Cal. Bar No. 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Email: *belinda.lee@lw.com*
   *sarah.ray@lw.com*
   *ashley.bauer@lw.com*

*Attorneys for Defendant Apple Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAMARTINE PIERRE, MARK WHITLOCK, LYNN-MARIE RODRIGUES, and MARISSA WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant. | CASE NO. 3:23-cv-05981-VC (DMR)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE JOINT CASE MANAGEMENT STATEMENT DEADLINE AND CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rule 6-2]<br><br>Judge: The Honorable Vince Chhabria |

Defendant Apple Inc. ("Apple") and Plaintiffs Lamartine Pierre, Mark Whitlock, Lynn-Marie Rodrigues, and Marissa Williams ("Plaintiffs") (collectively "the Parties") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 6-2, to continue the April 11, 2024 Joint Case Management Statement deadline and the April 18, 2024 Case Management Conference, subject to the approval of the Court.

WHEREAS, Plaintiffs filed their Complaint on November 17, 2023 (ECF No. 1).

WHEREAS, Apple filed a Motion to Dismiss Plaintiffs' Complaint on February 2, 2024 (ECF No. 30); Plaintiffs opposed Apple's Motion to Dismiss on February 16, 2024 (ECF No. 36); and Apple filed a Reply in Support of its Motion to Dismiss on February 23, 2024 (ECF No. 43).

WHEREAS, all discovery in the case is stayed (Feb. 16, 2024 Hr'g Tr. 13:13-16).

WHEREAS, the Court held a hearing on Apple's Motion to Dismiss on March 21, 2024 (ECF No. 45).

WHEREAS, the Court granted Apple's Motion to Dismiss, with leave to amend, on March 26, 2024 (ECF No. 49).

WHEREAS, pursuant to the Court's March 26, 2024 Order, Plaintiffs' Amended Complaint, if any, is due on April 16, 2024 (*id.*).

WHEREAS, Apple intends to move to dismiss any Amended Complaint.

WHEREAS, a Joint Case Management Statement is presently due on April 11, 2024, and a Case Management Conference is scheduled for April 18, 2024 (ECF No. 38).

WHEREAS, to conserve judicial and party resources, the Parties agree that good cause supports continuing the Case Management Conference and related deadlines until motion practice related to any Amended Complaint is resolved.

WHEREAS, based on the Court's motion calendar and counsel's availability, the Parties propose a continuance of the Joint Case Management Statement deadline to June 21, 2024 and the Case Management Conference to June 28, 2024.

WHEREAS, the Parties have previously stipulated to one time modification in this case: on December 15, 2023, the Parties agreed to extend Apple's deadline to respond to the Complaint to February 2, 2024 (ECF No. 15).

WHEREAS, other than as described above, the requested extension will not affect the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, pursuant to Local Rule 6-2, that:

1. The April 18, 2024 Case Management Conference is continued to June 28, 2024.

2. The April 11, 2024 Joint Case Management Statement deadline is continued to June 21, 2024.

[*Signatures on following page*]

| Dated: April 9, 2024 | Respectfully Submitted, |
|---|---|
| | LATHAM & WATKINS LLP |
| | By: */s/ Belinda S Lee* |
| |       Belinda S Lee |
| |  Belinda S Lee (Cal. Bar No. 199635)<br> Sarah M. Ray (Cal. Bar No. 229670)<br> Ashley M. Bauer (Cal. Bar No. 231626)<br> Aaron T. Chiu (Cal. Bar No. 287788)<br> Alicia R. Jovais (Cal. Bar No. 296172) |
| | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br>Email: *belinda.lee@lw.com*<br>       *sarah.ray@lw.com*<br>       *ashley.bauer@lw.com*<br>       *aaron.chiu@lw.com*<br>       *alicia.jovais@lw.com* |
| | *Attorneys for Defendant Apple Inc.* |
| Dated: April 9, 2024 | BATHAEE DUNNE LLP |
| | By: */s/ Brian J. Dunne* |
| |       Brian J. Dunne |
| | Brian J. Dunne (CA 275689)<br>bdunne@bathaeedunne.com<br>Edward M. Grauman (admitted *pro hac vice*)<br>egrauman@bathaeedunne.com<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>(213) 462-2772 |
| | Yavar Bathaee (CA 282388)<br>yavar@bathaeedunne.com<br>Andrew C. Wolinsky (CA 345965)<br>awolinsky@bathaeedunne.com<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>(332) 322-8835 |
| | *Attorneys for Plaintiffs and the Proposed Class* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                  Hon. Vince Chhabria
                                  United States District Judge

# ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order to Continue Joint Case Management Statement Deadline and Case Management Conference. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Belinda S Lee, attest that concurrence in the filing of this document has been obtained.

Dated: April 9, 2024  By:  */s/ Belinda S Lee*
                                Belinda S Lee
                                (Cal. Bar No. 199635)