UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARTINE PIERRE, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | 23-cv-05981-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order dismissing the case and the plaintiff's notice not to amend his complaint. *See* Dkt. Nos. 49, 52. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 19, 2024

_____

VINCE CHHABRIA
United States District Judge